■ BERTHA HALOZAN v. THE KAP CORP.— Motion for leave to appeal as a poor person denied with leave to renew upon proper papers. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of the Probate of the Will of LOUIS MICKELSON, Deceased.— Motion for leave to appeal as poor persons granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellants' points, upon condition that the appellants serve one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellants' points on the attorney for the respondent and file 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points with this court, on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ ROBERT JABLOW, as Executor of FRANK JABLOW, Deceased, v. JULIUS L. BALLER.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 7, 1963, with notice of argument for February 19, 1963, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ JOHN H. FAULK v. AWARE, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before April 2, 1963, with notice of argument for the May 1963 Term of this court, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ SAMUEL FALK et al., as Permanent Receivers, v. MEADOW BROOK NATIONAL BANK.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 24, 1963, with notice of argument for February 5, 1963, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ HELEN SCHWAMM v. LEWIS W. DAVIS.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of ROBERT W. GRAFSTRON v. THOMAS THACHER.— Motion for leave to prosecute proceeding as a poor person denied with leave to renew upon proper papers. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ PIRANESI IMPORTS, INC., v. LAVERNE, INC., et al.— Motion to dismiss appeals granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before February 21, 1963, with notice of argument for March 5, 1963, said appeals to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.